UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO HUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>PETRO-LUD, INC.,<br><br>        Defendant. | Case No. 1:24-cv-00181-NODJ-CDB<br><br>ORDER GRANTING APPLICATION OF RICARDO J. PRIETO TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 4) |

The Court has considered the application of Ricardo J. Prieto, attorney for Plaintiff Cleo Hunter, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 4). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **February 15, 2024**              _____
                                                                 UNITED STATES MAGISTRATE JUDGE